**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Civil No. 11-2185 (RHK/JJG) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Mechanical Data Corporation, | |
| Defendant. | |

---

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 3), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

Dated: August 9, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge